UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
FEB 12 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Michael Riley

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

1:19-cv-883
Judge: Jorge L. Alonso
Magistrate Judge: Susan E. Cox
PC 6

States Attorney Charles Prochaska
Det. R, Kuchay Star #21276
Det. Donna Walsh Star #20302
Approving Superviser S, Wilson Star #1822
Det. V, Razo Star #20234
City of Chicago Police Department District 005

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. Plaintiff(s):

   A. Name: Michael De'Andre Riley

   B. List all aliases: Anthony Owens, Meathead

   C. Prisoner identification number: K96395

   D. Place of present confinement: Sheridan Correctional Center

   E. Address: 4017 East 2603 Sheridan IL 60551

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Charles Prochaska

      Title: State of IL, Cook County States Attorney

      Place of Employment: Cook County States Attorney office

   B. Defendant: R. Kuchay Star #21276

      Title: State of IL City of chicago police/Detective of investigation

      Place of Employment: City of chicago Police Department District 005

   C. Defendant: Donna Walsh Star #20302

      Title: State of IL, City of chicago police/Detective of investigation

      Place of Employment: City of Chicago Police Department District 005

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Additional Defendants

D.

Defendant: S. Wilson Star #1822

Title: State of IL City of Chicago police/supervisor

Place of Employment: City of Chicago Police Department District 005

E.

Defendant: V. Razo Star #20234

Title: State of IL City of Chicago police/Detective of investigation

Place of Employment: Chicago Police Department District 005

F.

Defendant: City of Chicago Police Department District 005

Title: State of IL City of Chicago police

Place of Employment: City of Chicago IL.

Date of my arrest March 16 2017

Date I was Changed March 17, 2017

Location District 005 Chicago police Station

CB# 19451998
IR# 1266469
YD#
RD# JA189355
Event# 1707510008

I identified each Defendant from the reports full names are not in the reports but Badge number are.

Any copy's need to be made I ask that the Clerk make them at my cost

Statement of Claim: 1 Malicious Prosecution

3/17/17

Defendant: 1    Chicago Police Station District 005 Charles Prochaska

March 17, 2017 At District 005 police station states attorney Charles Prochaska did A felony review on Plaintiff Michael Riley for the charges of child endangerment, p.c.s and UUW of firearm by felon. After police showed undenieable evidence that Plaintiff Michael Riley never possessed A firearm or was even arrested near a firearm do to the event of his arrest. States attorney Charles Prochaska maliciously charged Plaintiff Michael Riley with the crime of UUW of firearm by felon because Plaintiff Michael Riley is A documented gang member and A convicted felon thats in A relationship and live with A resigtered firearm owner

3/17/17

Defendant: 2    Chicago police Station District 005 R. Kuchay #21276

March 17, 2017 At District 005 police station Det. R. Kuchay Star #21276 turned in A police arrest report that bared Malicious Prosecution on Plaintiff Michael Riley of the crime of UUW of firearm by felon. After doing A full investigation on the event that took place. And learned that plaintiff never possessed A firearm do to the event of his arrest. Det. R. Kuchay Star #21276 Knew that firearm belong to plaintiff Michael Riley fiancee Gwendolyn Holloway. Det. R. Kuchay star #21276 was A 100% sure Plaintiff Michael Riley never possessed A firearm therefore Det. R. Kuchay star #21276 Maliciously charged Plaintiff with A crime of UUW of firearm by felon because Plaintiff is A documented gang member and convicted felon thats in A relationship And live with A resigtered firearm owner

3/17/17

Defendant: 3    Chicago police Station District 005 Donna Walsh

March 17, 2017 At District 005 Police station Det. Donna Walsh star #20302 turned in A police arrest report that bared Malicious Prosecution on Plaintiff Michael Riley of the crime of UUW of firearm by felon. After doing A full

investigation on the event that took place. And learned that plaintiff never possessed A firearm do to the event of his arrest. Det. Donna walsh star #20302 Knew that firearm belong to plaintiff Michael Riley fiancee Gwendolyn Hollaway. Det. Donna walsh star #20302 was A 100% sure Plaintiff Michael Riley never possessed A firearm therefore Det. Donna walsh star #20302 Maliciously charged Plaintiff with A crime of fluw of firearm by felon because Plaintiff is a documented gang member and convicted felon that's in A relationship And live with A resigtered firearm owner.

3/17/17

Defendant: 4         Chicago police station District 005    S. Wilson #1822

March 17, 2017 at District 005 Police station approving Supervisor S. Wilson star #1822 approved probable cause to A police arrest report that bared malicious prosecution. After hearing of and about the investigation And interview And learning that plaintiff Michael Riley never possessed A firearm. After hearing Plaintiff just is in A relationship and live with A resigtered firearm owner. And That Plaintiff never possessed the firearm do to the event of his Arrest. Approving Supervisor S. Wilson star #1822 approved that arrest report anyway. Because plaintiff is A documented gang member and convicted felon thats in A relationship and live with A resigtered firearm owner.

3/17/17

Defendant: 5         Chicago police Station District 005   V. Razo #20234

March 17, 2017 District 005 police Station Det. V. Razo star #20234 attest to a police arrest report that bared A malicious crime. even after helping in the investigation And interviewing Ms. Gwendolyn Hollaway and Plaintiff Michael Riley his self at the hospital Det. V. Razo star #20234 Knew that the Plaintiff never possessed A firearm do to the event of his arrest. Det. V. Razo star #20234 attested to A malicious crime he knew to be A 100% false. Det. V. Razo star #20234. Did this because Plaintiff is A documented gang member And convicted felon that's in

A relationship and lived with A firearm owner.

Defendant: 6

March 17, 2017 city of Chicago district 005 police station city of Chicago Police department allowed Plaintiff Michael Riley to be maliciously charged with a crime of uuw with firearm by felon. AFter telling news reporter that the firearm that was recovered belong to victims mother and was resigtered to her and was locked away in A locked box. City of Chicago police Department was A 100% sure. Plaintiff Michael Riley never possessed A firearm do to the event of his arrest. city of Chicago Police Department allowed this malicious prosecution. Because plaintiff is A documented gang member and convicted felon thats in A relationship and lived with A resigtered firearm owner

Statement of Claim: 2 Falsely accused for A Crime.

3/17/17

Defendant: 1        Chicago police Station District 005 Donna Walsh #20302

March 17, 2017 District 005 police station Det. Donna Walsh star #20302 falsely accused plaintiff Michael Riley for A crime of UUW with firearm by felon. When Det. Donna Walsh star #20302 had undenieable evidence that The plaintiff never possessed A firearm do to the event of his arrest. Det Donna Walsh star #20302 falsely accused the plaintiff. Because he is A document gang member and convicted felon.

3/17/17

Defendant: 2        Chicago police station District 005 R. Kuchay #21276

March 17, 2017 District 005 police station Det. R. Kuchay star #21276 falsely accused plaintiff Michael Riley for A crime of UUW with firearm by felon when Det. R. Kuchay star #21276. Had undenieable evidence that the plaintiff never possessed A firearm do to the event of his arrest. Det. R. Kuchay star #21276. falsely accused the plaintiff. Because he is A document gang member and convicted felon.

3/17/17

Defendant: 3        Chicago police station District 005 V. Razo #20234

March 17, 2017 District 005 police station Det. V. Razo Star #20234 attested to A crimanil charge knew to be false. Det. V. Razo star #20234. Knew that the plaintiff never possessed A firearm do to his arrest. But still he attested to the charge of UUW with firearm by felon. Det. V. Razo star #20234 did so Because plaintiff is A documented gang member and A convicted felon.

Defendant: 4

March 17, 2017 District 005 Police Station Approving Supervisor S. Wilson Star# 1822 approved probable cause for the plaintiff Michael Riley to be falsely accused for a crime for UUW with firearm by felon. Plaintiff never possessed a firearm do to the event of his arrest. Approving Supervisor S. Wilson star #1822 approved probable cause. Because the plaintiff is a documented gang member and convicted felon.

Defendant: 5

March 17, 2017 District 005 police station States Attorney Charles prochaska did a felony reveiw and allowed for Michael Riley to be falsely accussed for a crime of UUW with firearm by felon. States attorney was shown undenieable evidence that the plaintiff never possessed a firearm do to the event of his arrest State attorney allowed this to happened because the plaintiff is a documented gang member and convicted felon.

Defendant: 6

March 17, 2017 Police station District 005 Chicago Police Station allowed Plaintiff Michael Riley to be falsely accussed for a crime after telling news reporter that the firearm belonged to the victims mother and was resigtered to her and the plaintiff never possessed the firearm do to his arrest. District 005 police station allowed this to happen because the Plaintiff is a document gang member and convicted felon.

Defendant:1 S. Wilson star #1822 Chicago police station District 005 3/17/17
March 17, 2017 District 005 Chicago police station. Approving supervisor S. Wilson star #1822. Approved probable cause for a criminal charge that was falsified. After investigator did a full investigation on the event that took place. Investigator learned that the plaintiff never possessed a firearm.

Defendant:2 R. Kuchay star #21276 Chicago police station District 005 3/17/17
March 17, 2017 District 005 Chicago police station. Investigating Det. R. Kuchay star #21276. Falsified police report with a criminal charge that did not happen Det. R. Kuchay star #21276 did not find the plaintiff to be in possession of firearm or was plaintiff anywhere around a firearm do to the event of his arrest.

Defendant:3 Donna Walsh star #20302 Chicago police station District 005 3/17/17
March 17, 2017 District 005 Chicago police station. Investigating Det. Donna Walsh #20302. Falsified police report with a criminal charge that did not happen Det. Donna Walsh #20302 did not find the plaintiff to be in possession of a firearm or was plaintiff anywhere around a firearm do to the event of his arrest.

Defendant:4 V. Razo #20234 Chicago police station District 005 3/17/17
March 17, 2017 District 005 Chicago police station. Investigating Det. V Razo #20234. Attested to falsified police arrest reports. After doing a full investigation and learned plaintiff never had a firearm.

Defendant:5 State's attorney Charles Prochaska Chicago police station District 005 3/17/17
March 17, 2017 States Attorney Charles Prochaska. Allowed falsified criminal charge be turn in after reviewing the investigation interview. State attorney Charles Prochaska learned plaintiff never possessed a firearm do to the event of his arrest

Defendant:

March 17, 2017 Chicago police department District 005 Station falsified police reports by allowing A falsified criminal charge be placed on plaintiff after telling news reporter that what happened to the child was an accident and the weapon recovered did belong to the victim mother And was registered to victims mother and was secured children found gun box key.

Claim: 1 Violation of civil rights to be treated As A Equal under law

Defendants: Charles prochaska, Donna Walsh Star# 20302, R. Kuchay Star# 21276, S. Wilson Star# 1822, V. Razo Star# 20234 And city of chicago District 005 police station

March 17, 2017 At District 005 police station each Defendant violated plaintiff Michael Riley civil rights. Plaintiff was not treated equal under law. Plaintiff was charged by each one of the Defendants with possession of A firearm. That each Defendant knew that the weapon belonged to plaintiff girlfriend each Defendant knew that the weapon was resigtered to the Plaintiff girlfriend. Each Defendant made the decision that the Plaintiff girlfriend purchase the weapon for the plaintiff because the plaintiff Michael Riley was in the system as A doucmented gang member from A juvenile arrest and convicted felon As A adult. Defendants did not follow facts and the law because Plaintiff never possessed A firearm and was not treated equal under law there for defendant violated Plaintiff Michael Riley civil rights

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: __N/A__

    B. Approximate date of filing lawsuit: __N/A__

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __N/A__

    D. List all defendants: __N/A__

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N/A__

    F. Name of judge to whom case was assigned: __N/A__

    G. Basic claim made: __N/A__

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

    I. Approximate date of disposition: __N/A__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. I want puntive damages in the amout to be Accenrent by the court.
2. I want actual damages in the amout to be accenrent by the Court.
3. I want compensentory damages in the amout to be accenrent by the court.
4. I am requesting award of mental and emotional damages in the amout to be accenrent by the Court. And any other award that this court deem that is just and proper accenrent by the court

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

State of Illinois County of LaSalle
Signed before me on this 04 day of Jan, 2019 by Michael Riley
Notary Public Melinda Martinez

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this Jan 4 day of Jan, 20 19

OFFICIAL SEAL
MELINDA MARTINEZ
Notary Public - State of Illinois
My Commission Expires July 24, 2019

Michael Riley
(Signature of plaintiff or plaintiffs)

Michael Riley
(Print name)

K96395
(I.D. Number)

Sheridan Correctional center

4017 East 2603

Sheridan, IL, 60551
(Address)

6

Revised 9/2007

IN THE

__U.S. District court Northern District of__
__Illinois Eastern Division__

__Michael Riley__ )
Plaintiff/Petitioner )
)
Vs. Charles Prochaska )
Det.V, Raz020234 Det. R, Kuchay #21276 ) No. _____
Det. Donna Walsh # 20302 )
S. Wilson # 1822 )
Defendant/Respondent )
City of Chicago Police Department )
District 005

## PROOF/CERTIFICATE OF SERVICE

TO: __U.S. District court Northern__   TO: _____
__District of Illinois Eastern__
__Division, 219 S. Dearborn 20th__
__floor Chicago, IL 60604__

PLEASE TAKE NOTICE that at: _____ AM/PM __1-4-19__, 20__19__, I placed the documents listed below in the institutional mail at __Sheridan correctional center__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.
__Complaint Under the Civil rights Act, Title 42 Section 1983__

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: __1-24-19__

/s/ __Michael Riley__
Name: __Michael Riley__
IDOC No. __K96395__
__Sheridan__ Correctional Ctr.
POB __4017 East 2603 Road__
__Sheridan__, IL __60551__

Revised 4/15/16