# PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Prisoner Civil Cover Sheet

**FILED**
FEB 12 2019 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** MICHAEL RILEY

**Defendant(s):** CHARLES PROCHOSKA, etc., et al.

**County of Residence:** LASALLE

**County of Residence:**

**Plaintiff's Address:**
Michael De'Andre Riley
#K-96395
Sheridan Correctional Center – SDN
4017 East 2603 Road
Sheridan, Illinois 60551

**Defendant's Attorney:**

1:19-cv-883
Judge: Jorge L. Alonso
Magistrate Judge: Susan E. Cox
PC 6

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes [ ] No

**Signature:** Alma Manew

**Date:** 2/12/2019