**FILED**

MAR 22 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Michael Riley (K96395) Plaintiff      Case No. 19 C 0883

v

Charles Prochaska, et al.,      Judge Jorge L. Alonso

    My action was never meant to manipulate the court or falsify my application. I was unaware of the full definition of gifts and inheritance. I truthfully misinterpret the meaning of "gifts". If that was truly my intention to manipulate the court or falsify the application. I would not have sent a tranaction sheet of my inmate trust fund account. Which I was ask to do so in the application. A tranaction sheet of my inmate trust fund account. Which in my defense proves. That I misinterpreted the question of gifts and inheritance. On my behalf I truly apologize for my misinterpretion of the definition. I am asking the court to take it into concentration that I am incarcerated and can not afford to pay a full filing fee of $400.00 all at one time. Because I am incarcerated and being supported by family member. While I am incarcerated. I am asking the court to show me mercy for my misinterpretion and honest mistake that was made on my application. I am asking the court can I be placed on a payment plan until the payment is met. I am also asking for an extension. Because at the date of me recieving the letter

from the court. The date was the 14th of march. Do to the fact of the way the mail is handle at this institution. And if my payment plan request is granted by the court. My first payment would not make it by the date of the date of the dead line. Because of Sheridan Correctional Center policy of the way inmate can send funds out. Also I do not have the proper access to the law library like needed to have. I Michael Riley am asking for the mercy and opportunity of the court to have my civil case heard by the courts. I Michael Riley am asking for justice for my civil rights that was violated by Chicago police Department. The pain and sufferance that me and my children and family had to go through. We had to stand up against the justice system for A criminal charge Chicago police Department knew I did not commit. They violated my civil right. I was not treated equal under law. Because of my prior arrest history and pass convictions. I Am also in the police data base As A gangmember from a juvenile arrest. please give me justice for chicago police Departments misuse of authority

If the court choose to grant me the payment plan I can pay $40.00 monthly And can have the filing fee Finish in 10 months

Sincerely Michael Riley (K-96395)

3-17-19



Michael Riley (K-61991)
Sheridan Correctional Center
4017 East 2603 Road
Sheridan, IL 60551

CORRESPONDENCE
FROM AN INMATE
OF THE IDOC

Clerk of The U.S. District Court
United States Courthouse
219 South DEARBORN STREET
CHICAGO, IL 60604

Legal MAIL

03/22/2019-8

JORGE L. Alonso
UNITED STATES District Judge