## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Michael Riley (K-96395),

Plaintiff(s),

v.

City of Chicago, et al.,

Defendant(s).

Case No. 19 C 883

Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed for failure to state a claim.

This action was *(check one)*:

☐ tried by a jury with Judge                                     presiding, and the jury has rendered a verdict.
☐ tried by Judge                                              without a jury and the above decision was reached.
☒ decided by Judge Jorge L. Alonso.

Date: 8/13/2019

Thomas G. Bruton, Clerk of Court

L. Fairley, Deputy Clerk